GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for ROAQUE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH MICHAEL ROAQUE,<br><br>Defendant. | Case No.: 2:18-cr-0218-RFB-VCF<br><br>STIPULATION TO CONTINUE SENTENCING DATE<br><br>(FIRST REQUEST) |

*Certification:* This stipulation is filed pursuant to General Order 2007-04.

IT IS HEREBY STIPULATED AND AGREED, by and between the defendant JOSEPH MICHAEL ROAQUE through his attorney GABRIEL L. GRASSO, ESQ., and the United States of America, through SUSAN CUSHMAN, Assistant United States Attorney, that the sentencing hearing currently scheduled for October 10, 2019, at 3:45 p.m., be vacated and continued to a date and time convenient to this court, but no event earlier than 60 days.

Pursuant to General Order No. 2007-04, this stipulation is entered and based upon the following:

1. ROAQUE is currently set for sentencing on Thursday, October 10, 2019.
2. ROAQUE is in custody and does not oppose to the continuance.
3. The parties agree to the continuance.
4. Denial of this request for continuance would deny the defense sufficient time to be able to assist in defendant's sentencing and file a Sentencing Memorandum with the court.

5. Due to scheduling concerns, defense counsel requests the new sentencing date be set after December 10, 2019.

6. This is the first request for a continuance of the sentencing date in this case.

DATED this 9th day of October, 2019.

RESPECTFULLY SUBMITTED BY:

| _/s/ Susan Cushman_ | _/s/ Gabriel L. Grasso_ |
|---|---|
| SUSAN CUSHMAN | GABRIEL L. GRASSO |
| Assistant United States Attorney | Attorney for ROAQUE |

GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for ROAQUE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH MICHAEL ROAQUE, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:18-cr-0218-RFB-VCF <br><br> STIPULATION TO CONTINUE SENTENCING DATE <br><br> (FIRST REQUEST) |

## **FINDINGS OF FACT**

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. ROAQUE is currently set for sentencing on Thursday, October 10, 2019.
2. ROAQUE is in custody and does not oppose to the continuance.
3. The parties agree to the continuance.
4. Denial of this request for continuance would deny the defense sufficient time to be able to assist in defendant's sentencing and file a Sentencing Memorandum with the court.

///

///

## **CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the defense herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

Additionally, denial of this request for continuance would result in a miscarriage of justice.

## **ORDER**

**IT IS ORDERED** that the sentencing hearing currently scheduled for October 10, 2019, at 3:45 p.m., be vacated and continued to __December 11__, 2019, at the hour of __10:00 AM__.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: October 9, 2019

4