GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for ROAQUE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH MICHAEL ROAQUE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.:   2:18-cr-0218-RFB-VCF <br><br> STIPULATION TO CONTINUE SENTENCING DATE <br><br> (SECOND REQUEST) |

*Certification:* This stipulation is filed pursuant to General Order 2007-04.

IT IS HEREBY STIPULATED AND AGREED, by and between the defendant JOSEPH MICHAEL ROAQUE through his attorney GABRIEL L. GRASSO, ESQ., and the United States of America, through SUSAN CUSHMAN, Assistant United States Attorney, that the sentencing hearing currently scheduled for December 11, 2019, at 10:00 a.m., be vacated and continued to a date and time convenient to this court, but no event earlier than thirty (30) days.

Pursuant to General Order No. 2007-04, this stipulation is entered and based upon the following:

1. ROAQUE is in custody and does not oppose to the continuance.
2. The parties agree to the continuance.
3. Denial of this request for continuance would deny the defense sufficient time to be able to assist in defendant's sentencing and file a Sentencing Memorandum with the court.
4. Both Government and Defense Counsel have scheduling issues the week of December 9, 2019 and request an additional 30 day reset of the sentencing.

5. This is the second request for a continuance of the sentencing date in this case.

DATED this 5th day of November, 2019.

RESPECTFULLY SUBMITTED BY:

| _/s/ Susan Cushman_ | _/s/ Gabriel L. Grasso_ |
|---|---|
| SUSAN CUSHMAN | GABRIEL L. GRASSO |
| Assistant United States Attorney | Attorney for ROAQUE |

```
GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for ROAQUE
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH MICHAEL ROAQUE, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 2:18-cr-0218-RFB-VCF <br><br> STIPULATION TO CONTINUE SENTENCING DATE <br><br> (SECOND REQUEST) |

## **FINDINGS OF FACT**

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. Both Government and Defense Counsel have scheduling issues the week of December 9, 2019 and request an additional 30 day reset of the sentencing.
2. ROAQUE is in custody and does not oppose to the continuance.
3. The parties agree to the continuance.

## **CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the defense herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

3

Additionally, denial of this request for continuance would result in a miscarriage of justice.

**ORDER**

**IT IS ORDERED** that the sentencing hearing currently scheduled for December 11, 2019, at 10:00 a.m., be vacated and continued to January 16, 2020, at the hour of 2:30 PM.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: November 12, 2019